City 'Trust and Savings Bank of Kankakee et al. v. John H. Ader et al.

Jay Lane and Hannah Lane, appellants, v. City Trust and Savings Bank of Kankakee et al., appellees. Gen. No. 8,772.

Opinion filed May 10, 1934.

John A. Mayhew, for appellants. H. H. Wheeler, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

E. M. Jenkins, appellee, v. N. J. Modaff, appellant. Gen. No. 8,777.

Opinion filed May 10, 1934.

Lord & Parker, for appellant; Maurice F. Lord and Gilbert L. Wood, of counsel. Robert J. Wing and Arthur L. Puklin, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

E. D. Webb, appellee, v. B. A. Knight, appellant. Gen. No. 8,592.

Opinion filed May 10, 1934. Rehearing denied June 25, 1934.

B. A. Knight, pro se. Shelby E. Hood, for appellee.

Mr. Justice Dove delivered the opinion of the court.

J. Victor Hulten and Bettie Hulten, appellants, v. Margaret Nolan et al., appellees. Gen. No. 8,765.

Opinion filed May 10, 1934.

Frank E. Maynard, for appellants. Wilbur E. Johnson, for appellee Rockford Finance & Thrift Co.

Mr. Justice Huffman delivered the opinion of the court.

United Cab and Drivurself, Inc., appellant, v. Alice Wiley, appellee. Gen. No. 8,780.

Opinion filed May 10, 1934.

Karl C. Williams, for appellant. Miller & Thomas, for appellee; Charles A. Thomas, of counsel.

Mr. Justice Huffman delivered the opinion of the court.